**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Plaintiff*
*Eric Collins*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC COLLINS, an individual,<br><br>                    Plaintiff,<br><br>       vs.<br><br>AUTOZONERS, LLC, a Nevada limited liability corporation; JIMMY JAMES, an individual, DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-00316-CDS-BNW<br><br>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

Pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, and Local Rule 15-1, Plaintiff Eric Collins ("Plaintiff") respectfully requests that the Court grant Plaintiff leave to file a First Amended Complaint in order to (1) substitute AutoZoners, LLC for Defendant AutoZone, Inc.; (2) add Defendant Jimmy James and asserts a claim of Intentional Infliction of Emotional Distress against him; and (3) assert a new claim of Negligent Hiring, Retention, Training and Supervision against AutoZoners, LLC. Plaintiff has met and conferred with Defendant AutoZone, Inc. (and prospective-defendant AutoZoners, LLC) in this matter; and all parties have

/ / /

/ / /

/ / /

/ / /

1

consented to this motion in writing. This is the first request to amend the Complaint.

Dated this 19th day of July 2022.

HONE LAW

*Kathryn C. Newman*
_____
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*
*Eric Collins*



# MEMORANDUM OF POINTS AND AUTHORITIES

**I.  ARGUMENT**

Federal Rule of Civil Procedure 15(a) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave," which "[t]he court should freely give . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit has directed that this policy be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon*, 316 F.3d 1048, 1051 (9th Cir. 2003) (citation omitted).

In ruling on a motion for leave to amend, a court must consider whether the moving party acted in bad faith or unduly delayed in seeking amendment, whether the opposing party would be prejudiced whether an amendment would be futile, and whether the movant previously amended the pleading. *United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011). "Absent prejudice, or a strong showing of any of the remaining [factors], there exists a presumption under Rule 15(a) in favor of granting leave to amend." *C.F. ex rel. Farnan v. Capistrano Unified School Distr.*, 654 F.3d 975, 985 (9th Cir. 2011) (citation omitted).

Here, Defendant has given its written consent to amend. *See* Exhibit B. Therefore, the Court should grant the order as a matter of course. However, there are independent and sufficient grounds for the Court to grant leave to amend under Rule 15(a)(2) as well.

The presumption in favor of amendment is not countered by any of the concerns articulated by the Ninth Circuit. The proposed amendments are brought in a timely manner and in good faith and the defendant would not be prejudiced by the amendment. Defendant AutoZone, Inc., through counsel, first raised the issue of substitution of parties. This is the first request for amendment; and the case is in the very early stages of litigation. The parties have participated in an Early Neutral Evaluation ("ENE") and exchanged initial disclosures. No depositions have been scheduled as of yet, although depositions have been noticed.

/ / /

/ / /

/ / /

/ / /



## II. CONCLUSION

The opposing party has provided written consent to amend the complaint as required under Rule 15(a)(2). Further, the presumption under Rule 15(a) is in favor of granting leave to amend. For these reasons, Plaintiff respectfully requests the Court grant its motion.

Dated this 19th day of July 2022.

HONE LAW

_____
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff
Eric Collins*

### CERTIFICATE OF SERVICE

The undersigned, an employee of Hone Law, hereby certifies that on the 19th day of July 2022, she electronically filed and served the foregoing with the Clerk of Court for the United States District Court for the District of Nevada using the CM/ECF system:

_____
Candice Ali, an employee of HONE LAW

### **ORDER**

IT IS ORDERED that ECF No. 27 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to detach and separately file ECF No. 27-1.

**IT IS SO ORDERED**
**DATED:** 2:49 pm, July 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

