**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Plaintiff*
*Eric Collins*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC COLLINS, an individual, | Case No. 2:22-cv-00316-CDS-BNW |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT AUTOZONERS, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| AUTOZONERS, LLC, a Nevada limited liability corporation; JIMMY JAMES, an individual, DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | |
| | **(First Request)** |
| Defendants | |

Plaintiff Eric Collins ("Plaintiff") and Defendant AutoZoners, LLC ("AutoZoners"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Plaintiff to Respond to Defendant AutoZoners Motion for Summary Judgment (First Request).

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have an extension up to and including March 22, 2023 to file his response to Defendant AutoZoners' Motion for Summary Judgment filed on February 15, 2023 [ECF No. 42] ("Motion"). The requested extension is sought in good faith and not for purposes of undue delay. This Stipulation is submitted and based upon the following:

/ / /

/ / /

/ / /

1. Plaintiff's counsel has a pre-planned vacation during the week the original deadline to respond to the Motion is due.

2. This is the first request for an extension of time for Plaintiff to file a response to Defendant AutoZoners' Motion for Summary Judgment.

Dated this 17th day of February 2023.

HONE LAW

/s/Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*
*Eric Collins*

Dated this 17th day of February 2023.

MESSNER REEVES LLP

/s/P.J. Kee
Jonathan B. Owens, NV Bar No. 7118
jowens@messner.com
8945 W. Russell Road, Ste 300
Las Vegas, NV 89148

JONES WALKER LLP

Tracy E. Kern (admitted *pro hac vice*)
tkern@joneswalker.com
P.J. Kee (admitted *pro hac vice*)
pkee@joneswalker.com

*Attorneys for Defendant AutoZoners, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: February 22, 2023