TRACY E. KERN *(admitted pro hac vice)*
P.J. Kee *(admitted pro hac vice)*
JONES WALKER LLP
201 St. Charles Ave., Ste. 5100
New Orleans, LA 70170
Tel: (504) 582-8000/ Fax: (504) 589-8603
tkern@joneswalker.com
pkee@joneswalker.com

JONATHAN B. OWENS (SBN 7118)
MESSNER REEVES, LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Tel: (702) 363-5100
Email: jowens@messner.com

*Attorneys for Defendant*
*AUTOZONERS, LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC COLLINS, an individual,<br><br>Plaintiff<br><br>vs.<br><br>AUTOZONERS, LLC, a Nevada limited liability corporation; JIMMY JAMES, an individual, DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants | Case No. 2:22-cv-00316-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO REPLY TO PLAINTIFF'S OPPOSITION TO AUTOZONERS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Eric Collins ("Plaintiff") and Defendant AutoZoners, LLC ("AutoZoners"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Defendant to Reply to Plaintiff's Opposition to AutoZoners Motion for Summary Judgment (First Request).

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including April 18, 2023, to file its reply in support of its Motion for Summary Judgment filed on March 22, 2023 [ECF No. 47] ("Motion"). The requested extension is sought in good faith and not for purposes of undue delay. This Stipulation is submitted and based upon the following:

{07249391 / 1}

#101154177v1

1. Defendant's counsel has a pre-planned vacation out of the country during the week the original deadline is due.

2. This is the first request for an extension of time for Defendant to file a reply in support of its Motion for Summary Judgment.

| | |
|---|---|
| Dated this 31st day of March 2023. | Dated this 31st day of March 2023. |
| HONE LAW | MESSNER REEVES LLP |
| */s/ Jill Garcia* <br> Jill Garcia, NV Bar No. 7805 <br> jgarcia@hone.law <br> 701 N. Green Valley Parkway, Suite 200 <br> Henderson NV 89074 | */s/ Jonathan B. Owens* <br> Jonathan B. Owens, NV Bar No. 7118 <br> jowens@messner.com <br> 8945 W. Russell Road, Ste 300 <br> Las Vegas, NV 89148 |
| *Attorneys for Plaintiff* <br> *Eric Collins* | JONES WALKER LLP <br><br> Tracy E. Kern (admitted *pro hac vice*) <br> tkern@joneswalker.com <br> P.J. Kee *(*admitted *pro hac vice*) <br> pkee@joneswalker.com <br><br> *Attorneys for Defendant AutoZoners, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2023

{07249391 / 1}

#101154177v1