**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiff
Eric Collins*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC COLLINS, an individual, | Case No. 2:22-cv-00316-CDS-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO REPLY TO [ECF 53] DEFENDANT AUTOZONERS, LLC'S OPPOSITION TO [ECF 50] PLAINTIFF'S MOTION FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE** |
| AUTOZONERS, LLC, a Nevada limited liability corporation; JIMMY JAMES, an individual, DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | |
| Defendants. | **(First Request)** |

Plaintiff Eric Collins ("Plaintiff") and Defendant AutoZoners, LLC ("AutoZoners"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Plaintiff to Reply to Defendant AutoZoners Opposition to Plaintiff's Motion for Sanctions due to Spoliation of Evidence (First Request).

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On March 22, 2023, Plaintiff filed a Motion for Sanctions due to Spoliation of Evidence ('the "Motion"). [ECF 50.]

2. On April 5, 2023, Defendant AutoZoners filed its Opposition to Plaintiff's Motion for Sanction's due to Spoliation of Evidence Opposition to Plaintiff's Motion for Sanctions due to Spoliation of Evidence (the "Opposition"). [ECF 53.]

/ / /

1

3. Pursuant to LR 7-2(b), Plaintiffs' reply to the Opposition would be due on April 12, 2023.

4. In order to accommodate Plaintiff's counsel's previously scheduled vacation days and unexpected staffing issues caused by illness, the Parties have agreed to extend Plaintiff's time to file his reply brief by 14 days, which shall be filed on or before April 26, 2023.

5. The hearing on the Motion is set for May 9, 2023, at 10:00 a.m. [ECF 51], and the extension will not require that the hearing be reset.

6. This is the first request for an extension of time for Plaintiff to file a Reply to Defendant's Opposition and the extension is sought in good faith and not for purpose of undue delay.

Dated this 11th day of April 2023.

HONE LAW

/s/Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*
*Eric Collins*

Dated this 11th day of April 2023.

MESSNER REEVES LLP

/s/P.J. Kee
Jonathan B. Owens, NV Bar No. 7118
jowens@messner.com
8945 W. Russell Road, Ste 300
Las Vegas, NV 89148

JONES WALKER LLP
Tracy E. Kern (admitted *pro hac vice*)
tkern@joneswalker.com
P.J. Kee *(*admitted *pro hac vice*)
pkee@joneswalker.com

*Attorneys for Defendant AutoZoners, LLC*

**IT IS SO ORDERED.**

Dated: April 12, 2023

_____
UNITED STATES MAGISTRATE JUDGE



2