**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-608-7814

*Attorneys for Plaintiff
Eric Collins*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOZONERS, LLC, a Nevada limited liability corporation; JIMMY JAMES, an individual, DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00316-CDS-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE**<br><br>**(First Request)** |

Plaintiff Eric Collins ("Plaintiff") and Defendant AutoZoners, LLC ("AutoZoners"), by and through their respective counsel of record, hereby file this Stipulation and Order to Continue Evidentiary Hearing on Plaintiff's Motion for Sanctions due to Spoliation of Evidence (First Request).

1. On March 22, 2023, Plaintiff filed a Motion for Sanctions due to Spoliation of Evidence ('the "Motion"). [ECF 50.]

2. On April 5, 2023, Defendant AutoZoners filed its Opposition to Plaintiff's Motion for Sanction's due to Spoliation of Evidence Opposition to Plaintiff's Motion for Sanctions due to Spoliation of Evidence (the "Opposition"). [ECF 53].

/ / /

/ / /

3. On April 26, 2023, Plaintiff filed his Reply in Support to Plaintiff's Motion for Sanction's due to Spoliation of Evidence Opposition (the "Reply"). [ECF 58].

4. On May 1, 2023, the Court filed a Minute Order on said Motion scheduling an Evidentiary Hearing on May 9, 2023. [ECF 59].

5. On May 4, 2023, the Court filed a Minute Order continuing the Evidentiary Hearing from May 9, 2023 to June 14, 2023. [ECF 62].

6. Due to scheduling conflicts among counsel, the Parties have agreed and stipulate to continue the hearing to a date convenient to the Court on or after July 1, 2023.

Dated this 2nd day of June 2023.                    Dated this 2nd day of June 2023.

HONE LAW                                             MESSNER REEVES LLP

/s/ Kelly B. Stout                                   /s/ P.J. Kee
Jill Garcia, NV Bar No. 7805                         Jonathan B. Owens, NV Bar No. 7118
jgarcia@hone.law                                     jowens@messner.com
Kelly B. Stout, NV Bar No. 12105                     8945 W. Russell Road, Ste 300
kstout@hone.law                                      Las Vegas, NV 89148
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074                                   JONES WALKER LLP
                                                     Tracy E. Kern (admitted *pro hac vice*)
*Attorneys for Plaintiff*                            tkern@joneswalker.com
*Eric Collins*                                       P.J. Kee (admitted *pro hac vice*)
                                                     pkee@joneswalker.com

                                                     *Attorneys for Defendant AutoZoners, LLC*


IT IS HEREBY ORDERED that the evidentiary hearing regarding Plaintiff's Motion for Sanctions [ECF 50] is rescheduled to August 17, 2023 at 10:00 a.m. in LV Courtroom 3B before Magistrate Brenda Weksler.

Dated: June 8, 2023

_____
UNITED STATES MAGISTRATE JUDGE