TRACY E. KERN *(admitted pro hac vice)*
P.J. Kee *(admitted pro hac vice)*
JONES WALKER LLP
201 St. Charles Ave., Ste. 5100
New Orleans, LA 70170
Tel: (504) 582-8000/ Fax: (504) 589-8603
tkern@joneswalker.com
pkee@joneswalker.com

JONATHAN B. OWENS (SBN 7118)
MESSNER REEVES, LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Tel: (702) 363-5100
Email: jowens@messner.com

*Attorneys for Defendant*
*AUTOZONERS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC COLLINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AUTOZONERS, LLC, a Nevada limited liability corporation; JIMMY JAMES, an individual, DOES 1 through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No.   2:22-cv-316-CDS-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE**<br><br>**(Second Request)** |

Plaintiff Eric Collins ("Plaintiff") and Defendant AutoZoners, LLC ("AutoZoners"), by and through their respective counsel of record, hereby file this Stipulation and Order to Continue Evidentiary Hearing on Plaintiff's Motion for Sanctions due to Spoliation of Evidence (Second Request).

1. On March 22, 2023, Plaintiff filed a Motion for Sanctions due to Spoliation of Evidence ('the "Motion"). [ECF 50.]

2. On April 5, 2023, Defendant AutoZoners filed its Opposition to Plaintiff's Motion for

#101554613v1

Sanction's due to Spoliation of Evidence Opposition to Plaintiff's Motion for Sanctions due to Spoliation of Evidence (the "Opposition"). [ECF 53].

3. On April 26, 2023, Plaintiff filed his Reply in Support to Plaintiff's Motion for Sanction's due to Spoliation of Evidence Opposition (the "Reply"). [ECF 58].

4. On May 1, 2023, the Court filed a Minute Order on said Motion scheduling an Evidentiary Hearing on May 9, 2023. [ECF 59].

5. On May 4, 2023, the Court filed a Minute Order continuing the Evidentiary Hearing from May 9, 2023 to June 14, 2023. [ECF 62].

6. Due to scheduling conflicts among counsel, the Parties have agreed and stipulate to continue the hearing to a date convenient to the Court on or after July 1, 2023.

7. On June 8, 2023, the Court filed a Order granting the stipulation, rescheduling the Evidentiary Hearing for August 17, 2023. [ECF 64].

8. Due to scheduling conflicts among counsel and witnesses, the Parties have agreed and stipulate to continue the hearing to a date convenient to the Court on or after September 12, 2023.[1]

Dated this the 7th day of August 2023.
HONE LAW

/s/ Kelly B. Stout
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*
*Eric Collins*

Dated this the 7th day of August 2023.
MESSNER REEVES LLP

/s/Jonathan B. Owens
Jonathan B. Owens, NV Bar No. 7118
jowens@messner.com
8945 W. Russell Road, Ste 300
Las Vegas, NV 89148

JONES WALKER LLP
Tracy E. Kern (admitted *pro hac vice*)
tkern@joneswalker.com
P.J. Kee (admitted *pro hac vice*)
pkee@joneswalker.com

*Attorneys for Defendant AutoZoners, LLC*

---

[1] AutoZone notes, however, that it's witnesses will not be available September 24-29, 2023, due to company-wide meetings.

#101554613v1        - 2 -

IT IS HEREBY ORDERED that the evidentiary hearing regarding Plaintiff's Motion for Sanctions [ECF 50] is rescheduled to **October 5, 2023 at 10:00 a.m.** in a Las Vegas courtroom to be determined before Magistrate Judge Brenda Weksler.

Dated: August 9, 2023

_____
UNITED STATES MAGISTRATE JUDGE