AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Eric Collins,

                       Plaintiff,

      v.

AutoZoners, LLC, et al.,

                 Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00316-CDS-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of defendants against Plaintiff. Summary judgment is granted on Counts I and II and Counts III and VI are dismissed without prejudice.

3/19/2024

Date

DEBRA K. KEMPI

Clerk

/s/ J. Callo

Deputy Clerk